## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Lucille Lynn,

        Plaintiff,                        Civil No. 05-2605 (RHK/JJG)

vs.                                   **DISQUALIFICATION AND**
                                   **<u>ORDER FOR REASSIGNMENT</u>**

Wyeth, Inc., Wyeth Pharmaceuticals, Inc.,

        Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated February 10, 2003, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  December 20, 2005

                                   s/Richard H.Kyle_____
                                   RICHARD H. KYLE
                                   United States District Judge